# Order

Michigan Supreme Court
Lansing, Michigan

March 24, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129743(93)

DETROIT BUILDING AUTHORITY,
      Plaintiff/Cross Defendant-
      Appellee,

and

CITY OF DETROIT,
      Intervening Plaintiff/Counter
      Plaintiff/Cross Plaintiff-
      Appellee,

v

WAYNE COUNTY TREASURER,
      Defendant/Cross Defendant/
      Counter Defendant-Appellee,

and

MICHIGAN FINANCIAL
INVESTMENTS, L.L.C.,
      Intervening Defendant/Cross
      Plaintiff/Counter Defendant-
      Appellant.
_____/

SC: 129743
COA: 253479
Wayne CC: 02-234701-CH

      On order of the Court, the motion for reconsideration of this Court's September 28, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2008

_____
Clerk

d0317